# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Mitchell Lee Walck, | )<br>) **ORDER RE: § 1915A**<br>**SCREENING** |
| Plaintiff, | ) |
| vs. | )<br>) |
| Mr. Pat Heinert, et al., | )<br>) Case No.: 1:16-cv-331 |
| Defendants. | ) |

Before the Court is Walck's complaint (Doc. No. 6). As articulated in the Court's most recent order, all suits filed by prisoners against governmental entities, officers, or employees require an initial screening pursuant to 28 U.S.C. § 1915A. This Court conducted the initial screening, and on February 20, 2020, filed an order pursuant to § 1915A finding that Walck's complaint failed to state a claim upon which relief could be granted, and was subject to dismissal. (Doc. No. 15). In that Order, the Court gave Walck until March 5, 2020, to file an amended complaint. Id.

The March 5, 2020 deadline has elapsed, and the Court has received no additional filings from Walck. Accordingly, pursuant to 28 U.S.C. § 1915A, his complaint is **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

Dated this 26th day of March, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter
United States Magistrate Judge

1